# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 4, 2006

Clifford W. Taylor,
Chief Justice

129537

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ENTERPRISE RENT A CAR,
        Plaintiff-Appellee,

v

SC: 129537
COA: 260617
Wayne CC: 04-414571-AV
36th DC: 02-136000-GC

HERMAN VALLERY,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the July 8, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 4, 2006

_____
Clerk

p0427